# United States District Court
## Southern District of Georgia

Progressive Mountain Insurance Company,

Plaintiff

v.

Malissa Creamer et al

Defendant

Case No.  6:25-cv-00025-JRH-BKE

Appearing on behalf of

Progressive Mountain Insurance Compan

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This   18th   day of   April   ,   2025   .

*[signature]*

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Jennifer L. Pridgeon

Business Address:   Lueder, Larkin & Hunter, LLC
Firm/Business Name

3348 Peachtree Road, NE
Street Address

Suite 1050 | Atlanta | GA | 30326
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

(770) 854-1044   |   434428
Telephone Number (w/ area code)   |   Georgia Bar Number

Email Address:   jpridgeon@luederlaw.com